ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 121
Sausalito, CA 94965
Telephone: (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, et al., <br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD ROBERTS II, etc.,<br><br>Defendant. | NO. C 11 3160 JCS<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

The parties have agreed that mediation is appropriate in this case and request that the Court accept the recommendation of the ADR administrator and order the case to mediation.

IT IS STIPULATED that the Case Management Conference be continued from October 14, 2011 to January 13, 2012 at 1:30 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

////
////
////
////

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE                                1

| | | |
|---|---|---|
| 1 | Date: 9/21, 2011 | ERSKINE & TULLEY<br>A PROFESSIONAL CORPORATION |
| 2 | | |
| 3 | | By: _____<br>Michael J. Carroll |
| 4 | | Attorneys for Plaintiffs |
| 5 | Date: 9/21, 2011 | KELLY, HOCKEL & KLEIN, P.C. |
| 6 | | By: _____ |
| 7 | | Thomas K. Hockel<br>Attorneys for Defendant |

ORDER

IT IS TO ORDERED

_____ Magistrate Judge Joseph C. Spero

Dated: 9/30/11

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE      2