**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11   BOARD OF TRUSTEES OF THE NORTHERN
     CALIFORNIA SHEET METAL WORKERS'
     HEALTH CARE PLAN, SHEET METAL                    No. C 11-03160 WHA
12   WORKERS PENSION TRUST OF NORTHERN
     CALIFORNIA, SHEET METAL WORKERS
13   LOCAL 162 VACATION, HOLIDAY SAVINGS
     PLAN, DENNIS CANEVARI, Trustee,                  **REMINDER NOTICE OF**
14                                                    **UPCOMING TRIAL AND**
              Plaintiffs,                             **FINAL PRETRIAL**
15                                                    **CONFERENCE**
        v.
16
     RICHARD ROBERTS II, individually and doing
17   business as ROBERTS FIRESTOP,
18            Defendant.
                                                    /
19
20        This notice serves as a friendly reminder that this case remains set for a **FINAL**

21   **PRETRIAL CONFERENCE** on **JULY 9, 2012**, at **2:00 P.M.**, with a **BENCH TRIAL** on **JULY 16,**

22   **2012**. Please consult the existing case management order and review and follow all standing

23   guidelines and orders of the undersigned for civil cases on the Court's website at

24   http://www.cand.uscourts.gov. Continuances will rarely be granted.

25        The final pretrial conference will be an important event, for it will be there that the

26   shape of the upcoming trial will be determined, including *in limine* orders, time limits and

27   exhibit mechanics. Lead trial counsel must attend.

28        To avoid any misunderstanding with respect to the final pretrial conference and trial,

     the Court wishes to emphasize that all filings and appearances must be made — on pain of

**United States District Court**
For the Northern District of California

1  dismissal, default or other sanction — unless and until a dismissal fully resolving the case is

2  received. It will not be enough to inform the clerk that a settlement in principle has been

3  reached or to lodge a partially executed settlement agreement or to lodge a fully executed

4  agreement (or dismissal) that resolves less than the entire case. Where, however, a

5  fully-executed and unconditional settlement agreement clearly and fully disposing of the entire

6  case is lodged reasonably in advance of the pretrial conference or trial and only a ministerial

7  act remains, the Court will arrange a status conference to work out an alternate procedure

8  pending a formal dismissal.

9       Please state whether the Court can be of further ADR assistance (but avoid stating

10  offers, counteroffers or dollar amounts).

11

12

13

14  Dated: March 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE